18919. WILLIAMSON *v.* THE STATE.

BROYLES, C. J. The accused was indicted for burglary. Upon the trial the State relied entirely upon the contention that some of the articles stolen from the house during the burglary were found in his recent possession. However, the evidence failed to establish that any of the articles so found were the fruits of the burglary. It follows that his conviction was unauthorized, and that the refusal to grant him a new trial was error.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 12, 1928.

*Lankford, Rogers & Newton, Brown & Williams,* for plaintiff in error.